IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


NATHANIEL V. BLACKMORE          :          CIVIL ACTION
                                :
          v.                    :
                                :
AMERICAN INFRASTRUCTURE         :          NO. 08-cv-2302-JF


ORDER


    AND NOW, this 1st day of June 2009, upon consideration of

Defendant's Motion for Summary Judgment and Plaintiff's response

thereto,

    IT IS ORDERED that Defendant's Motion is GRANTED IN PART as

to Counts I and III of the complaint.  Plaintiff having withdrawn

Count II, the motion is DISMISSED AS MOOT as to that count.

    The case is DISMISSED WITH PREJUDICE.  The Clerk is directed

to mark the case-file CLOSED.




                                BY THE COURT:



                                 /s/ John P. Fullam
                                John P. Fullam,   Sr. J.